NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERN DIGITAL TECHNOLOGIES, INC.,**
*Appellant*

v.

**VIASAT, INC.,**
*Appellee*

---

2024-1393

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01126, IPR2023-00408.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      WESTERN DIGITAL TECHNOLOGIES, INC. v. VIASAT, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 24, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 24, 2024